

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00551-CR

Matthew Michael **SMOOKE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 225622
Honorable Jo-Ann S. De Hoyos, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed: July 14, 2010

MOTION TO WITHDRAW APPEAL GRANTED; APPEAL DISMISSED

Appellant filed a motion to withdraw this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish